■ In the Matter of WILLIAM N. MAIRS, JR., Admitted as WILLIAM NORTON MAIRS, JR., for Reinstatement.—Motion for reinstatement denied. Concur—Murphy, P. J., Kupferman, Fein, Sandler and Markewich, JJ.

# (December 11, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD KANEFSKY, Appellant.—Upon remittitur from the Court of Appeals, judgment, Supreme Court, New York County, rendered on February 15, 1977, unanimously affirmed. No opinion. Concur—Murphy, P. J., Kupferman, Sullivan, Lupiano and Yesawich, JJ.